UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                    Case No. 2:12-cr-12
                                                     HON. PAUL L. MALONEY

Mariann Renay Wood,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on October 20, 2017, for an appearance after being arrested on a petition for warrant for offender under supervision. She was advised of her rights, the charges and penalties.

The government requested the defendant be detained pending further proceedings, which was supported by the recommendation from the probation department.

For reasons stated on the record, defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                        */s/ Timothy P. Greeley*
                                                        TIMOTHY P. GREELEY
                                                       UNITED STATES MAGISTRATE JUDGE

Dated: October 23, 2017