UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 2:12-cr-12-04.

v.        HON. PAUL L. MALONEY

Mariann Renay Wood,

        Defendant.
_____/

## **REPORT AND RECOMMENDATION**

On 10/16/2017, an Amended Petition for Warrant or Summons for Offender Under Supervision was filed, alleging 5 violations of the defendant's conditions of supervised release.

An initial appearance was conducted on 10/20/2017, at which time the defendant was given time to determine if a revocation hearing was necessary.

On November 15, 2017, the parties appeared before the undersigned for a revocation hearing and defendant waived her right to appear before a district judge, right to allocution before a district judge, and right to sentencing before a district judge. Thereafter, the defendant admitted to violation #1 as set forth in the amended petition. For the reasons stated on the record, it is recommended that the Court find the defendant did violate the conditions of supervised release as set forth in violation # 1 of

the amended petition and that the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.

Date:  November 16, 2017                  /s/ Timothy P. Greeley
                                                                                           TIMOTHY P. GREELEY
                                                                                            United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).